UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

MICROSOFT CORPORATION, a Washington Corporation, FORTRA, LLC, a Delaware Limited Liability Company, and HEALTH-ISAC, INC., a Florida Corporation,

Plaintiffs,

v.

JOHN DOES 1-2, JOHN DOES 3-4 (AKA CONTI RANSOMWARE GROUP), JOHN DOES 5-6 (AKA LOCKBIT RANSOMWARE GROUP), JOHN DOES 7-8 (AKA DEV-0193), JOHN DOES 9-10 (AKA DEV-0206), JOHN DOES 11-12 (AKA DEV-0237), JOHN DOES 13-14 (AKA DEV-0243), JOHN DOES 15-16 (AKA DEV-0504), Controlling Computer Networks and Thereby Injuring Plaintiffs and Their Customers,
Defendants.

Case No. 23-CV-2447 (RER) (LKE)



**NOTICE OF EMERGENCY EX PARTE MOTION** (Rule 71 Enforcement and Motion to Intervene)

**PLEASE TAKE NOTICE** that **Jay Lewis Farrow**, pro se, hereby moves this Court, at such time and place as the Court may direct, for an Order granting emergency relief in the above-captioned matter. Upon the annexed Verified Affidavit of Jay Lewis Farrow (sworn November 17, 2025) and the exhibits thereto, and upon all prior pleadings and proceedings in this action, Mr. Farrow will respectfully move for an Order providing the following relief:

- **Reopening of Case (if needed):** Reopen this case for the limited purpose of adjudicating the present motions and enforcing the September 8, 2025 Final Judgment, to the extent the case is administratively closed.

- **Enforcement of Final Judgment under Rule 71:** Enforce the Court's Final Judgment/Permanent Injunction (dated Sept. 8, 2025) for the benefit of nonparty Jay Lewis Farrow, pursuant to Fed. R. Civ. P. 71. Specifically, issue an **Order compelling Namecheap, Inc.** (the registrar of Mr. Farrow's ten business-critical domains) to take all necessary steps to **immediately return control of those domains** to Mr. Farrow and to remove any registrar-imposed holds or unauthorized changes caused by Defendants' activities. The domains at issue are listed in composite Exhibit L to the Motion. The Order should be effective upon service on Namecheap (e.g. via email to abuse@namecheap.com), and enforceable as if Namecheap were a party bound by the injunction.

- **Intervention and Coordination:** Grant Mr. Farrow **leave to intervene** in this action for the limited purpose of seeking and obtaining the above enforcement (and any related ancillary relief), pursuant to Fed. R. Civ. P. 24. Additionally, direct that Mr. Farrow coordinate with Plaintiffs (Microsoft and co-plaintiffs) and their counsel in implementing the enforcement order. This includes sharing information and cooperating in threat mitigation efforts, and providing a **joint status report to the Court** (within 14 days or a timeframe the Court deems appropriate) detailing the results of the enforcement and the status of the domains' recovery and any remaining threat activity.

- **Further Relief and Venue:** Grant such other and further relief as the Court deems just and proper, including **leave for Mr. Farrow to file a motion at a later date to transfer venue** of any continuing claims or proceedings to another District if appropriate, once the immediate relief is secured. (This ensures the emergency issues are addressed now in

2

EDNY under the Court's retained jurisdiction, without prejudice to future venue considerations.)

This motion is made on an **emergency, ex parte basis** in light of the ongoing irreparable harm detailed in Mr. Farrow's affidavit and the exigent need to restore the compromised domains. No hearing date has been set; Mr. Farrow respectfully requests prompt consideration of this motion. A proposed form of Order will be submitted for the Court's convenience.

Mr. Farrow will promptly serve a copy of this Notice of Motion and the supporting affidavit on counsel for the Plaintiffs (Microsoft, et al.) and will coordinate with them as ordered. Given that the Defendants in this case are in default and unknown (John Does 1-16), and that the relief sought is enforcement of an existing injunction against third parties, no additional parties are known who must be notified.

Dated: November 17, 2025

Respectfully submitted,

/s/ Jay Lewis Farrow
Jay Lewis Farrow
1409 Baracoa Avenue
Coral Gables, Florida 33146
3476530828
jaylewisfarrow@tuta.com

**Pro Se Movant and Proposed Intervenor**

**To:** *Jeffrey L. Poston, Esq., Crowell & Moring LLP, counsel for Microsoft Corporation (via ECF/email)*

*(No appearance for Defendants, who are in default.)*